

Edward Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
ekroub@mizrahikroub.com
www.mizrahikroub.com

June 29, 2022

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Street
New York, NY 10007

Application **GRANTED**.  The Clerk of Court is respectfully
directed to strike Dkt. No. 12.

Dated:  June 30, 2022
        New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:    *Abreu v. Hillerich & Bradsby Co.*; Case No. 1:22-cv- 03945-LGS

Dear Judge Schofield:

We represent plaintiff Luigi Abreu ("Plaintiff") in the above-referenced action. We respectfully write to the Court regarding the Joint Letter and Proposed Case Management Plan submitted to the Court on June 29, 2022. *See* Docket No. 12.  These copies of the Joint Letter and Proposed Case  Management Plan  lacked Defendant's additions. This document was filed in this case in error and we respectfully request to have it struck from the docket. A corrected copy of this document was filed on June 29, 2022. *See* Docket No. 13.

Thank you for your consideration of this matter.

Respectfully submitted,
/s/ Edward Kroub
Edward Kroub, Esq.

Cc:    All Counsel of Record (via ECF)