UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIGI ABREU,
                               Plaintiff,                  22 Civ. 3945 (LGS)

               -against-                             ORDER

HILLERICH & BRADSBY CO.,
                               Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated June 27, 2022, directed Plaintiff to file a response to Defendant's pre-motion letter in anticipation of a motion to dismiss by June 30, 2022. (Dkt. No. 11.)

      WHEREAS, no such response was filed. It is hereby

      **ORDERED** that by **July 6, 2022**, Plaintiff shall file a response, not to exceed three pages, to Defendant's pre-motion letter in anticipation of a motion to dismiss.

Dated: July 1, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE