UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

LUIGI ABREU, Individually, and On Behalf of All Others Similarly Situated,

                      Plaintiff,

vs.

HILLERICH & BRADSBY CO.,

                      Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-03945-LGS

**NOTICE OF SETTLEMENT**

      Plaintiff Luigi Abreu ("Plaintiff") hereby notifies the Court that Plaintiff and defendant Hillerich & Bradsby Co. ("Defendant") (collectively, the "parties") have reached a tentative agreement to resolve the case and are in the process of drafting a written settlement agreement. As such, the parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED: September 2, 2022                **MIZRAHI KROUB LLP**

                                                  /s/ Edward Y. Kroub
                                              EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

- 2 -

*Attorneys for Plaintiff*